# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | 1:21-mj-00297 |
| CHANCELLOR KARLA, ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  See below in "Offense Description"  in the county of  Marion  in the
Southern  District of  Indiana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 18 § 2252(a)(1) | Transportation of Child Pornography to User1 (On or about January 21, 2021) |
| Count 2: 18 § 2252(a)(1) | Transportation of Child Pornography to User2 (On or about March 8, 2021) |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

s/ Elizabeth M. Carlson
*Complainant's signature*

Elizabeth M. Carlson, SA FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
telephone  *(reliable electronic means)*

Date: Date: 3/29/2021

City and state:  Indianapolis, IN

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Elizabeth M. Carlson, a Special Agent with the FBI, hereby depose and state as follows:

1. **Affiant**: I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2010. I am currently assigned to the Indianapolis Division of the FBI where I work on the Violent Crimes Against Children Task Force investigating criminal violations related to high technology or cybercrime, child exploitation, child pornography, the sex trafficking of minors, commercial sex trafficking, and human trafficking. Prior to joining the Violent Crimes Against Children Task Force, I worked on the Complex Financial Crimes Squad where I was assigned to investigate health care fraud and other complex financial crimes.

2. **Information**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of an Arrest Warrant and Criminal Complaint, the affiant has not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that, in the Southern District of Indiana and elsewhere, the Defendant, **Chancellor Karla (Karla)** has violated Title 18, United States Code, Sections 2252(a)(1).

1

3. **Requested action**: I make this affidavit in support of application for a Criminal Complaint and Arrest warrant for **CHANCELLOR KARLA**, for offenses committed in the Southern District of Indiana.

4. **Probable Cause:** For the reasons listed below, there is probable cause to believe that **CHANCELLOR KARLA** has committed these offenses:

   A. Count 1: Transportation of Child Pornography to User1 on 01/21/2021 - **18 U.S.C. § 2252(a)(1)** and

   B. Count 2: Transportation of Child Pornography to User2 on 03/8/2021 - **18 U.S.C. § 2252(a)(1).**

5. **Transportation of Child Pornography - 18 U.S.C. § 2252(a)(1):** This investigation concerns alleged violations of 18 U.S.C. § 2252(a)(1), which prohibits a person from knowingly transporting or shipping any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce.

6. **Definitions:**

   A. "Minor" means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

   B. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image,

and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

  C. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

  D. The term "child pornography," as defined in 18 U.S.C. § 2256(8), means any visual depiction, including any photograph, film, video, picture, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where 1) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; 2) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or 3) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

  E. Hyperlink: Alternatively referred to as a link and web link, a hyperlink is an icon, graphic, or text in a document that links to another file or object. When a user clicks, taps, or selects a hyperlink, the web browser leaves the current page redirects the user to another location.

7. **Social Media / Messaging Platforms**:

 A. **Wickr:** Wickr is an American software company based in New York City. It uses a smartphone's data plan or Wi-Fi to transmit and receive messages, photos, videos, sketches, mobile webpages, and other content after users register an account with an email address. The Wickr instant messaging apps allow users to exchange end-to-end encrypted and content-expiring messages, including photos, videos, and file attachments. The software is available for the iOS, Android, Mac, Windows, and Linux operating systems. All communications on Wickr are encrypted locally on each device with a new key generated for each new message, meaning that no one except Wickr users have the keys to decipher their content. In addition to encrypting user data and conversations, Wickr strips metadata from all content transmitted through the network.

 B. **Mega:** Mega is a cloud storage and file hosting service offered by Mega Limited, a company based in Auckland, New Zealand. The service is offered primarily through web-based apps. Mega mobile apps are also available for Android and iOS. Mega is known for its large 50 GB storage allocation for free accounts. Data on the Mega service is encrypted on the client-side. Since Mega does not know the encryption keys to uploaded files, they cannot decrypt and view the content. Therefore, Mega cannot be responsible for the contents of uploaded files.

C. **Telegram**: Telegram is a freeware, cross-platform, cloud-based instant messaging software and application service. The service also provides end-to-end encrypted video calling, VoIP, file sharing and several other features. Telegram's operational center is based in Dubai. Various Telegram client apps are available for desktop and mobile platforms including official apps for Android, iOS, Windows, macOS and Linux. Account can be set up with Telegram utilizing a phone number. Telegram provides end-to-end encrypted voice and video calls and optional end-to-end encrypted "secret" chats. Cloud chats and groups are encrypted between the app and the server, so that ISPs and other third parties on the network cannot access data, but the Telegram server is in possession of the decryption key. Users can send text and voice messages, animated stickers, make voice and video calls, and share an unlimited number of images, documents (2 GB per file), user locations, contacts, and music.

**CASE SPECIFIC PROBABLE CAUSE**

8. This investigation into the criminal activity involving Chancellor Karla began when Google LLC provided information to The National Center for Missing and Exploited Children ("NCMEC") through their CyberTipline. NCMEC operates the CyberTipline and the Child Victim Identification Program to aid law enforcement in its efforts to identify victims of child pornography and child sexual exploitation. NCMEC also works with law enforcement, Electronic Service Providers, electronic payment service providers and others in their efforts to reduce

the distribution of child sexual exploitation images and videos on the Internet. NCMEC does not investigate and cannot verify the accuracy of information it receives. NCMEC forwards reports of possible child sexual exploitation to law enforcement for its independent review and analysis.

    A.    **CyberTipline Reports:** In February and March of 2020, Google LLC ("Google") submitted eight CyberTipline reports to NCMEC regarding multiple files depicting the sexual abuse of children stored on their servers, specifically in Google Drive infrastructure. These files had been uploaded by a user with the Google accounts "airplaneradio@gmail.com" and "chancellorkarla@gmail.com" (the "Subject Accounts"). On February 22, 2020, at 18:20:40 UTC, the Subject Accounts had been logged into from Internet Protocol ("IP") address 2601:143:8001:3670:d145:1ba2:3b6f:ad7d (the "Subject IP Address"), which resolved to a location in Washington, DC. Other IP addresses listed in the CyberTipline reports indicated that the Subject Accounts had been logged into from locations in Washington, DC, and surrounding areas. NCMEC subsequently forwarded the CyberTipline reports to the Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force for further investigation.

    B.    The information provided by NCMEC included a total of 57 media files, 36 of which were not viewed by Google prior to submitting them to NCMEC. The 21 remaining media files, which were viewed by Google,

6

included five videos and 16 images, depicting apparent child pornography and child erotica.

C. Based on information provided by Google to law enforcement pursuant to an administrative subpoena, "airplaneradio@gmail.com" was created on April 14, 2005, and listed the name "Chancellor Karla," the phone number 202-431-2295, and the recovery email address "chancellorkarla@gmail.com". The account "chancellorkarla@gmail.com" was created on January 4, 2016, with the name "Chancellor Karla," the phone number 317-792-9065, and the recovery email address "donkeybrobutt@gmail.com."

D. Comcast provided the following subscriber information pursuant to an administrative subpoena: the Subject IP Address was assigned to Chancellor Karla, with the listed address 1400 Somerset Place Northwest, Apartment 303, Washington, DC 20011, and the listed phone number 202-431-2295. Comcast indicated that the service was disconnected March 20, 2020.

E. An administrative subpoena was served on AT&T requesting subscriber information for the phone number 202-431-2295. The account was activated on December 19, 2016, with the subscriber name Chancellor Karla, address 134 Madison Street NW, Unit B, Washington, DC 20011. The records indicated that the account was terminated on March 20, 2020.

7

      F.    An administrative subpoena was served on T-Mobile requesting the subscriber information for the phone number 317-792-9065. The return listed James Johnson as the account holder from March 22, 2019 to March 20, 2020. Chancellor Karla, address XXX N Grant Avenue, Indianapolis, IN 46201, was listed as the account holder beginning April 22, 2020.

    9.    **Search Warrant for Subject Accounts:** On August 28, 2020, law enforcement obtained a warrant authorizing the search of the Subject Accounts. Information provided by Google pursuant to this warrant. Emails and Google chats contained in the Subject Accounts, as well as the IP login addresses, indicate that Karla moved from Washington, DC, to Indianapolis, IN in March of 2020. A review of the Google Drive associated with airplaneradio@gmail.com revealed approximately 1380 files, including multiple images, videos, and other files, depicting the sexual abuse of children.

    10.    **Residential Search Warrant:** On March 16, 2021, federal search warrants were executed for the residence located at XXX N. Grant Avenue, Indianapolis, Indiana 46201, the person of Chancellor Karla, and his registered vehicle.  Among other items seized pursuant to federal search warrants, law enforcement also seized one Samsung cellular telephone from the person of Chancellor Karla. This item was imaged and processed by Indiana Internet Crimes Against Children (ICAC) detectives.

    A.    A forensic examination of the Samsung cellular telephone revealed several online chats during which Karla transported child pornography, including using hyperlinks, by using the Internet.

    i.    **COUNT 1: TRANSPORTATION TO USER1:** On January 1, 2021, in a Telegram chat located on the Samsung cellular telephone, Karla sent three Mega hyperlinks to Telegram User1 (Actual Telegram User ID Known to Affiant). On March 23, 2021, Your Affiant accessed Mega hyperlink mega.nz/folder/Wp1X0SIB#DIMkJRzh3QsIXXXXXXXXXX (last 10 digits of hyperlink redacted but known to Affiant) and observed a file folder titled "Chubby". Seven videos and one image were located in the file folder. Upon Your Affiant reviewing the videos and image, five videos and one image contained child pornography.

    a.    Video file 2bb2bdf7-86d2-4a2d-9f27-6da1b1ca900a depicts a nude minor male masturbating. The video is 14 seconds long.

    b.    Video file 83b0b615-cef9-4cae-a6f9-1f246545cad4 depicts a nude minor male whose anus is being fondled by an adult hand. The video is 43 second long.

    c.    Video file b48fa0ad-dc84-4a55-b062-06cb39cbb8cb depicts three nude minor males engaged in sexually explicit

conduct with each other and whose genital and pubic areas are visible in the video. The video is 62 seconds long.

  d. Video file c096f36b-629f-4b2c-8d9c-6c2abf92a048 depicts an adult male penetrating the anus of a minor with his penis. The video is one minute and 50 seconds long.

  e. Video file Mi_pri_o_caXXXXX_ (redacted but known to Affiant) depicts the lascivious display of a nude minor male's genital and pubic area. The video is 3 minutes and 54 seconds long.

  f. An image file that depicts the lascivious display of the genital and pubic area of a nude, prepubescent male.

 ii. On January 22, 2021, in response to the transportation of these visual depiction by the sending of these hyperlinks in the chat, Telegram User1 wrote to Karla, "my pedocock just went BOING" and "chubbyboy porn fuuuck".

 iii. Your Affiant attempted to access the other two hyperlinks contained in the chat; however, per the message posted by Mega, the folder/files were reported to contain objectionable content, such as Child Exploitation Material, Violent Extremism, or Bestiality.

 iv. **COUNT 2: TRANSPORTATION TO USER2:** On March 8, 2021, using the Wickr app, Karla sent two sexually explicit

images of minor males to Wickr User2 (actual Wickr User ID known to Affiant).

    a.    Image file 4f0da9c2-d431-44e7-a839-2ed0790ce0f7.jpg depicts two prepubescent male children engaged in sexually explicit activity. The children appear to be 10 to 12 years in age.

    b.    After posting the image, Karla states, "Need more of this anyway" and User2 responds "Haha I need more chubs".

v.    In response, Karla sent to User2 image tumblr_inline_p4x3wk3Dvu1XXXXXXXXXX.png (redacted but known to Affiant). This image depicts the lascivious display of the genital and pubic area of a prepubescent male child. The child appears to be 10 to 12 years in age.

B.    Karla lived in the Southern District of Indiana during January and March of 2021 and his crimes were committed in the Southern District of Indiana and elsewhere. Karla used the Internet to transport the visual depictions of minors engaged in sexually explicit conduct and the hyperlinks which led to the Mega site which contained visual depictions of minors engaged in sexually explicit conduct.

11. **Conclusion**: Based upon the contents of this Affidavit, I respectfully request that the Court issue an arrest warrant and criminal complaint for the offenses listed above.

<u>s/ Elizabeth M. Carlson</u>
Elizabeth M. Carlson
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. Crim. P. 4.1 by telephone.

Date: 3/29/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

12